UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| TOTAL SALES SOLUTIONS, LLC, and BOB DALE, Individually | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:06cv631 DPJ-JCS |
| CITIGROUP, INC., Successor in Interest to European American Bank, et al. | DEFENDANTS |

consolidated with

| | |
|---|---|
| OLD REPUBLIC SURETY COMPANY | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:07cv107 DPJ-JCS |
| TOTAL SALES SOLUTIONS, LLC, LINDA S. DALE AND DANIEL S. DALE | DEFENDANTS/THIRD PARTY PLAINTIFFS |
| VS. | |
| MANHEIM SERVICES CORPORATION, ET AL. | THIRD PARTY DEFENDANTS |

DISMISSAL ORDER

All parties having announced to the Court that they have settled this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  The parties shall submit a Final Agreed Order of Dismissal within twenty (20) days.  If any party fails to consummate this settlement, the Court will retain jurisdiction, and any aggrieved party may reopen the case for enforcement of the settlement within ten (10) days, and if successful, all additional attorneys' fees and costs from this date may be awarded such aggrieved party or parties against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2007.

           s/ *Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE